HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
COREY EBANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-09-174-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING EVIDENTIARY HEARING** |
| COREY EBANKS, | Date: July 31, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel, Assistant United States Attorney CHRISTIAAN HIGHSMITH and Assistant Federal Defender COURTNEY FEIN, attorney for COREY EBANKS and United States Probation Officer GAREY WHITE, that the evidentiary hearing set for June 20, 2013 be continued to July 31, 2013, at 9:00 a.m.

This continuance is requested because defense witness will be unavailable on June 20, 2013 due to a medical condition that requires treatment.

DATED: June 6, 2013.                    Respectfully submitted,

HEATHER WILLIAMS
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for COREY EBANKS

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Courtney Fein for
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 20, 2013, evidentiary hearing be continued to July 31, 2013, at 9:00 a.m.

Dated: June 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE