| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | CHRISTIAAN H. HIGHSMITH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2739<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>COREY EBANKS,<br><br>　　　　　　　　　Defendant, | CASE NO. CR.S-09-174-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER; ADVANCING EVIDENTIARY HEARING**<br><br>Date: July 22, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel, Assistant United States Attorney CHRISTIAAN H. HIGHSMITH and Assistant Federal Defender COURTNEY FEIN, attorney for COREY EBANKS, and United States Probation Officer GAREY WHITE, that the evidentiary hearing set for July 22, 2013 be advanced to July 18, 2013, at 11:00 a.m.

///
///
///
///
///
///
///
///

1

///

This advancement is requested based on the availability of the parties.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: | July 17, 2013 | HEATHER WILLIAMS<br>Federal Public Defender<br>/s/ Christiaan H. Highsmith for<br>COURTNEY FEIN<br>Designated Counsel for Service<br>Attorney for COREY EBANKS |
| DATED: | July 17, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br>/s/ Christiaan H. Highsmith<br>CHRISTIAAN HIGHSMITH<br>Assistant United States Attorney |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 22, 2013 evidentiary hearing be advanced to July 18, 2013, at 11:00 a.m. If the testimony scheduled for that date is not completed by 11:30 a.m., the remainder of the hearing will continue to 1:30 p.m. on that date.

Dated: July 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE